DETAILS

# Israel - Central Authority & practical information

**Central Authority(ies):**

*Administration of Courts*

| Contact details: | |
|---|---|
| Address: | Administration of Courts<br>Legal Assistance to Foreign Countries<br>22 Kanfei Nesharin St.<br>Jerusalem 95464<br>Israel |
| Telephone: | +972 (2) 655 6919 |
| Fax: | +972 (2) 655 6887 |
| E-mail: | Mishpatit@court.gov.il |
| General website: | - |
| Contact persons: | Legal adviser for the Administrator of Courts<br>Foreign.Countries@court.gov.il |
| Languages spoken by staff: | English, Hebrew |

| Practical Information: | |
|---|---|
| Forwarding authorities<br>(Art. 3(1)): | The Director of Courts (*i.e.* the Central Authority) |
| Methods of service<br>(Art. 5(1)(2)): | Service is effected either by registered post with a certificate of receipt of service or personally delivered by the clerks of the various Magistrate's courts.<br><br>If the person to be served is not at the address given, the documents can be accepted by a member of the family who lives at the same address and appears to be at least 18 years old. In addition, if the documents are served by the clerk of the court, on his third visit to an address where no answer has been obtained, the clerk can post the document on the door of the intended recipient – and in this case this is regarded as legal service of the documents.<br><br>*Documents intended for residents of the Palestinian Authority*<br>Please note that documents intended for residents of the Palestinian Authority should be forwarded through the Director of Courts. This authority forwards the documents to the Palestinian Authority. In addition:<br><br>    *a.* The documents are to be translated into Arabic *and* Hebrew.<br>    *b.* The request must include the full name (four names) of the recipient.<br>    *c.* The request must include the Identification Number of the recipient.<br>    *d.* The request must include the full address as far as possible. |
| Translation requirements<br>(Art. 5(3)): | The documents to be served must be translated into Hebrew, English or Arabic. |
| Costs relating to execution of the request for service<br>(Art. 12): | No fees are charged by the Israeli authorities for service of documents under the Convention. |
| Time for execution of request: | 1 to 4 months. |
| Judicial officers, officials or other competent persons<br>(Art. 10(b)): | Not applicable. |
| Oppositions and declarations<br>(Art. 21(2)): | Click here to read all the declarations made by Israel under the Service Convention. |
| Art. 8(2): | No opposition |

| | |
|---|---|
| Art. 10(a): | No opposition |
| Art. 10(b): | Additional information - see declarations |
| Art. 10(c): | Additional information - see declarations |
| Art. 15(2): | No declaration of applicability |
| Art. 16(3): | Declaration of applicability |
| Derogatory channels (bilateral or multilateral agreements or internal law permitting other transmission channels) (Arts. 11, 19, 24 and 25) **Disclaimer:** *Information may not be complete or fully updated – please contact the relevant authorities to verify this information.* | To consult bilateral and multilateral treaties to which Israel is a party, click here. |
| Useful links: | The Judicial Authority |

(This page was last updated on 24 November 2016)

## Conventions (incl. Protocols and Principles)

- Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters [14]