# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR
# EXTRAJUDICIAL DOCUMENTS
## DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| **Identity and address of the applicant** | **Address of receiving authority** |
|---|---|
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| Benjamin G. Chew (D.C. Bar No. 418577) | Legal Assistance to Foreign Countries |
| Manatt, Phelps & Phillips LLP | Office of the Legal Advisor |
| 1050 Connecticut Avenue, NW, Suite 600 | Administration of Courts |
| Washington, DC 20036 | 22 Kanfei Nesharin Street |
| United States of America | Jerusalem 95464 |
| | P.O.B. 34142 |
| | State of Israel |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)
Bank of Palestine, P.L.C.
c/o Hashim Hani Hashim Shawa, General Manager
Bank of Palestine Building
Nazlet Al Mahkamah Street
Ain Misbah
Ramallah, Palestinian Authority

| | | |
|---|---|---|
| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*** <br> selon les formes légales (article 5, alinéa premier, lettre a)\* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:** <br> selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* : <br> _____ |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\*** <br> le cas échéant, par remise simple (article 5, alinéa 2)\* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* - avec l'attestation ci-jointe.

*List of documents* / Énumération des pièces

- Warning
- Summary of the Document to be Served
- Summons
- Complaint
- Civil Cover Sheet
- Translations

\* if appropriate / s'il y a lieu

| **Done at** / Fait à Washington, D.C., U.S.A., | **Signature and/or stamp** |
|---|---|
| **The** / le _10_ day of October 2016 | Signature et / ou cachet |

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served***
que la demande a été exécutée*

| | |
|---|---|
| **— the (date)** / le (date): | _____ |
| **— at (place, street, number):**<br>à (localité, rue, numéro) : | _____ |

| | | |
|---|---|---|
| **— in one of the following methods authorised by Article 5:**<br>dans une des formes suivantes prévues à l'article 5 : | | |
| ☐ | *a)* | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre *a)** |
| ☐ | *b)* | **in accordance with the following particular method***:<br>selon la forme particulière suivante* :<br>_____ |
| ☐ | *c)* | **by delivery to the addressee, if he accepts it voluntarily***<br>par remise simple* |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:**<br>Identité et qualité de la personne : | _____ |
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | _____ |

☐ **2. that the document has not been served, by reason of the following facts***:
que la demande n'a pas été exécutée, en raison des faits suivants*:

| |
|---|
| _____ |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement***.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

***Annexes*** / Annexes

| | |
|---|---|
| **Documents returned:**<br>Pièces renvoyées : | _____ |
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | _____ |

\* if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at** / Fait à _____<br><br>**The** / le _____ | **Signature and/or stamp**<br>Signature et / ou cachet |

# WARNING
## AVERTISSEMENT

---

**Identity and address of the addressee**
Identité et adresse du destinataire
Bank of Palestine, P.L.C.
c/o Hashim Hani Hashim Shawa, General Manager
Bank of Palestine Building
Nazlet Al Mahkamah Street
Ain Misbah
Ramallah, Palestinian Authority

---

### IMPORTANT

**THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.**

**IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.**

**ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:**

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

---

Bank of Palestine, P.L.C.
c/o Hashim Hani Hashim Shawa, General Manager
Bank of Palestine Building
Nazlet Al Mahkama Street
Ain Misbah
Ramallah, Palestinian Authority

---

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 *(article 5, alinéa 4).*

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Benjamin G. Chew (D.C. Bar No. 418577)<br>Manatt, Phelps & Phillips LLP<br>1050 Connecticut Avenue NW, Suite 600<br>Washington, DC 20036<br>United States of America<br>Note: under Art. 3(1), "any attorney" is a competent<br>forwarding authority within the United States. |
| **Particulars of the parties\*:**<br>Identité des parties\* : | Fadi Elsalameen<br>2856 Arizona Avenue NW<br>Washington, DC 20016<br>United States of America |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | The Summons in a Civil Action is a document issued by the Clerk of the Court notifying a defendant that a lawsuit has been filed against it and that it must respond within 21 days of service to avoid judgment by default.  The Complaint sets forth Plaintiff Fadi Elsalameen's claims against Defendant Bank of Palestine P.L.C.  The Civil Cover Sheet provides general information used by the Clerk of the Court in opening an action. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | The proceeding is a civil action against Bank of Palestine allegeing defamation, conspiracy, and related torts.  The amount in dispute is $102,500,000.00. |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution\*\* : | Date:  Within 21 days of service<br>Place: United States District Court for the District of Columbia, 333 Constitution Avenue N.W., Washington, D.C. 20001, United States of America |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision\*\* : | N/A |
| **Date of judgment\*\*:**<br>Date de la décision\*\* : | N/A |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | Response to Complaint due within 21 days of service |

\*\* if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT\*\***
ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | _____ |
| **Time-limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | _____ |

\*\* if appropriate / s'il y a lieu